UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VALENTINO,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, EDUCATION SECRETARY MARGARET SPELLINGS; AND NCO FINANCIAL SYSTEMS, INC.<br><br>        Defendants. | Case No. 09-CV-0006-JM (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME IN WHICH DEFEDNANT NCO MAY PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT.**<br><br>District Judge:  Jeffrey T. Miller<br>Courtroom:  16<br>Magistrate Judge:  Leo S. Papas<br>Courtroom:  G |

    The Plaintiff, Maria E. Valentino ("Plaintiff" or "Valentino"), by and through her attorney of record Andrea M. Kimball and Defendant, NCO Financial Systems, Inc. ("NCO") by and through its attorney of record, Sessions, Fishman, Nathan & Israel, LLP have stipulated to a set of facts and jointly moved this Court for an enlargement of time of twenty-one (21) days for Defendant NCO to file and serve its answer or other pleading in response to Plaintiff's First Amended Complaint.

/ / /

/ / /

/ / /

1    Having considered the matters set forth in the Stipulation and Joint Motion of the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT the Parties' Joint Motion For An Enlargement Of Time In Which Defendant NCO May Plead In Response To Plaintiff's First Amended Complaint is GRANTED.  Defendant NCO has to and including March 2, 2009 in which to a answer to otherwise plead in response to Plaintiff's First Amended Complaint on file in this case.

IT IS SO ORDERED.

DATED: February 6, 2009

_____
Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE