UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA E. VALENTINO, | ) | Civil No. 09cv0006-JM (LSP) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT MOTION TO |
| | ) | DISMISS AS MOOT (1) EX PARTE |
| v. | ) | APPLICATION FOR TEMPORARY |
| | ) | RESTRAINING ORDER AND ORDER TO |
| UNITED STATES DEPARTMENT OF | ) | SHOW CAUSE RE PRELIMINARY |
| EDUCATION; ARNE DUNCAN, the | ) | INJUNCTION, AND REQUEST FOR |
| Secretary of the Department of Education; | ) | EARLY NEUTRAL EVALUATION; AND |
| and NCO FINANCIAL SYSTEMS, INC., | ) | (2) EX PARTE APPLICATION FOR ORDER |
| | ) | CONTINUING HEARING DATE |
| | ) | |
| Defendants. | ) | [Doc. No. 20] |
| _____ | ) | |

Having considered the Plaintiff's and the Federal Defendants' Joint Motion to Dismiss Plaintiff's two pending Ex Parte Applications As Moot (Doc. No. 20), and finding good cause shown, the Court hereby GRANTS the motion.

The Court ORDERS that Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, and Request for Early Neutral Evaluation (Doc. no. 7) is DISMISSED AS MOOT and that Plaintiff's Ex Parte Application for Order Continuing Hearing Date (Doc. no. 18) is DISMISSED AS MOOT.

DATED:  February 17, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge