# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VALENTINO,<br><br>                           Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, EDUCATION SECRETARY MARGARET SPELLINGS, AND NCO FINANCIAL SYSTEMS, INC.,<br><br>                           Defendant. | CASE NO. 09 CV 0006 JM (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME IN WHICH DEFENDANT NCO MAY PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Doc. No. 23 |

The Plaintiff, Maria E. Valentino ("Plaintiff" or "Valentino"), by and through her attorney of record Andrea M. Kimball and Defendant, NCO Financial Systems, Inc. ("NCO") by and through its attorney of record, Sessions, Fishman, Nathan & Israel, LLP have stipulated to a set of facts and jointly moved this Court for an enlargement of time of forty-four (44) days for Defendant NCO to file and serve its answer or other pleading in response to Plaintiff's First Amended Complaint.

//
//
//
//
//

Having considered the matters set forth in the Stipulation and Joint Motion of the Parties, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Parties' Joint Motion For An Enlargement Of Time In Which Defendant NCO May Plead In Response To Plaintiff's First Amended Complaint is **GRANTED**. Defendant NCO has to and including **April 15, 2009** in which to answer or otherwise plead in response to Plaintiff's First Amended Complaint on file in this case.

DATED: February 26, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge