UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VALENTINO,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; ARNE DUNCAN, the Secretary of the Department of Education; and NCO FINANCIAL SYSTEMS, INC.,<br><br>                Defendants. | Civil No. 09cv0006-JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE DATE FOR FILING OF FEDERAL DEFENDANTS' RESPONSIVE PLEADING<br><br>[Doc. no. 25] |

Having considered the Plaintiff's and the Federal Defendants' Joint Motion to Continue Date for Filing of Federal Defendants' Responsive Pleading (Doc. no. 25), and finding good cause shown, the Court hereby GRANTS the motion and ORDERS that the Federal Defendants shall file their responsive pleading on or before **May 15, 2009**. Absent exigent circumstances, there will be no further continuances.

DATED: April 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge