1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARIA E. VALENTINO,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF EDUCATION, EDUCATION SECRETARY MARGARET SPELLINGS; and NCO FINANCIAL SYSTEMS, INC.,

     Defendants.

Case No. 09 CV 0006 JM LSP

**ORDER RE JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT AS TO DEFENDANT NCO FINANCIAL SYSTEMS, INC. ONLY, WITHOUT PREJUDICE**

    After reviewing the Joint Motion for Dismissal Without Prejudice as to Defendant NCO Financial Systems, Inc. only;

    **IT IS HEREBY ORDERED**:

    That all of Plaintiff's claims against Defendant NCO Financial Systems, Inc., only, shall be dismissed without prejudice;

    Each party shall bear its own costs, expenses and attorneys' fees.

    **IT IS SO ORDERED.**

 DATED: April 14, 2009

Judge of the United States District Court

101159240.1

1