UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VALENTINO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION; and ARNE DUNCAN, the Secretary of the Department of Education, <br><br> Defendants. | Civil No. 09cv0006-JM (LSP) <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE DATE FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING <br><br> [Doc. no. 29] |

Having considered the parties' Joint Motion to Continue Date for Filing of Defendants' Responsive Pleading (Doc. no. 29), and finding good cause shown, the Court hereby GRANTS the motion and ORDERS that Defendants shall file their responsive pleading on or before **June 15, 2009**.

DATED: May 22, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge