UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VALENTINO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and ARNE DUNCAN, the Secretary of the Department of Education,<br><br>　　　　　　Defendants. | Civil No. 09cv0006-JM (LSP)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE DATE FOR FILING OF DEFENDANTS' RESPONSIVE PLEADING<br><br>[Doc. no. 31] |

　　Having considered the parties' Joint Motion to Continue Date for Filing of Defendants' Responsive Pleading (Doc. no. 31), and finding good cause shown, the Court hereby GRANTS the motion and ORDERS that Defendants shall file their responsive pleading on or before **July 15, 2009**.

DATED: June 11, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　United States District Judge