# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. VALENTINO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, EDUCATION SECRETARY ARNE DUNCAN; and NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendants. | Case No. 09 CV 0006 JM WVG<br><br>**ORDER RE JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT WITH PREJUDICE** |

Having considered plaintiff Maria E. Valentino and defendants United States Department of Education and Secretary Arne Duncan's Joint Motion to Dismiss, and good cause appearing therefor, IT IS HEREBY ORDERED that the parties' motion is GRANTED. The matter is dismissed with prejudice, each party to bear its own fees and costs. IT IS HEREBY FURTHER ORDERED that Magistrate Judge William V. Gallo is to retain jurisdiction to enforce the terms of the settlement agreement.

SO ORDERED this 26th day of April, 2010.

By: _____
Honorable Jeffrey T. Miller
District Court Judge

101235132.1

1

Case No. 09 CV 0006 JM WVG